**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRICAN FIREFIGHTERS IN BENEVOLENT ASSOCIATION and JABARI JUMAANE,<br><br>Plaintiffs,<br><br>v.<br><br>MARQUEECE HARRIS-DAWSON; THE CITY OF LOS ANGELES; and DOES 1-10,<br><br>Defendants. | Case No. CV 21-3507 PA (PDx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's August 2, 2021 Minute Order granting the Motion to Dismiss filed by defendants Marqueece Harris-Dawson and the City of Los Angeles ("Defendants") and dismissing the action filed by plaintiffs African Firefighters in Benevolent Association and Jabari Jumaane ("Plaintiffs") with prejudice, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiffs is dismissed with prejudice.

//

//

//

1  It is further ORDERED, ADJUDGED, AND DECREED that Defendants shall have
2  their costs of suit.
3
4  DATED: August 2, 2021
5                                                              _____
6                                                              Percy Anderson
                                                               UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28